AUSA: Michael El-Zein Telephone: (313) 550-2922
AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture   Special Agent: Jeremy Fitch Telephone: (313) 215-0570

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>$46,710.00 in funds currently held in the custody of the Ohio State Highway Patrol | ) ) ) ) ) | Case No. | Case: 2:20-mc-50609<br>Judge: Lawson, David M.<br>Filed: 05-29-2020 At 12:17 PM<br>Re: $46,710.00 in funds currently held in the custody(SW)(MLW) |
|---|---|---|---|

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the **Northern** District of **Ohio** be seized as being subject to forfeiture to the United States of America. The property is described as follows:

$46,710.00 in funds currently held in the custody of the Ohio State Highway Patrol
The authority for seizure of property that is located outside of the district where the warrant is being issued is found in 28 U.S.C. § 1355(b) and 18 U.S.C. § 981(b)(3).

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before **June 12, 2020**
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to the presiding United States Magistrate Judge on duty.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: May 29, 2020   12:01 pm

*Judge's signature*

City and state: Detroit, MI     Anthony P. Patti    U. S. Magistrate Judge
*Printed name and title*

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: <br> 2:20-mc-50609 | Date and time warrant executed: <br> May 29, 2020 | Copy of warrant and inventory left with: <br> Ohio State Highway Patrol |
| Inventory made in the presence of: | | |
| Inventory of the property taken: <br><br> $46,710 from Ohio State Highway Patrol seized from Winder DARBY under Ohio State Police case #19-630028-0290 | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    June 11, 2020

*Executing officer's signature*

Special Agent Jeremy Fitch

*Printed name and title*